IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02795-MSK-MEH

BIOTA BRANDS OF AMERICA, INC., a corporation organized pursuant to the laws of the State of Colorado, and
BIOTA PURE, LLC, a corporation organized pursuant to the laws of the State of Colorado,

      Plaintiffs,

v.

UPS CAPITAL BUSINESS CREDIT, a corporation organized pursuant to the laws of the State of Colorado,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 25, 2009.**

      The Stipulated Motion for Protective Order [filed June 24, 2009; docket #35] is **denied without prejudice**, and the Stipulated Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court required a set time frame within the mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89. In this matter, the Court specifically refers the parties to Paragraph Ten of the proposed Stipulated Protective Order. Furthermore, if the parties re-file their motion, they shall also email the proposed Stipulated Protective Order in a usable format, preferably Word Perfect (.wpd), to both the District Judge and the Magistrate Judge.