IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02795-MSK-MEH

BIOTA BRANDS OF AMERICA, INC., a corporation organized pursuant to the laws of the State of Colorado, and
BIOTA PURE, LLC, a corporation organized pursuant to the laws of the State of Colorado,

      Plaintiffs,

v.

UPS CAPITAL BUSINESS CREDIT, a corporation organized pursuant to the laws of the State of Colorado,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 1, 2009.**

The Stipulated Motion for Protective Order [filed June 29, 2009; docket #38] is **granted**. The Stipulated Protective Order is accepted and entered contemporaneously with this minute order.